# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

KEVIN WAYNE COTTLE.
                       Plaintiff,
    v.

KILOLO KIJAKAZI,
Commissioner of Social Security,
                       Defendant.

Case No. 5:23-cv-00003-SLG

## ORDER REGARDING SOCIAL SECURITY COMPLAINT

Plaintiff, through counsel, has filed a Social Security Complaint seeking judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

**Therefore, IT IS HEREBY ORDERED**:

1. Pursuant to Rule 3, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), the Clerk of Court shall notify the Commissioner of the commencement of this action by transmitting a Notice of Electronic Filing to the Regional Chief Counsel, Office of the General Counsel, Region X, 701 Fifth Avenue, Suite 2900 M/S 901, Seattle, Washington 98104-7075 and the United States Attorney for the District of Alaska, 222 West 7th Ave., Mail Box 9, Anchorage, Alaska 99513.[1]

---

[1] If the Complaint was not filed electronically, the court must notify the plaintiff of the transmission.

2. Defendant shall have sixty (60) days after receipt of the notice of the action to answer as provided by Rule 4, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g).

3. The parties must file and serve briefs as provided by Rules 5 through 8, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g).

DATED at Anchorage, Alaska this 2nd day of October, 2023.

<u>/s/ Sharon L. Gleason</u>
United States District Judge