IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KEVIN WAYNE COTTLE,

        Plaintiff,

  v.

MARTIN O'MALLEY,

        Defendant.

Case No. 5:23-cv-00003-SLG

## ORDER RE STIPULATED MOTION FOR REMAND

Before the Court at Docket 14 is the parties' *Stipulated Motion for Remand*. Good cause being shown, the motion is GRANTED. Pursuant to sentence four of 42. U.S.C. § 405(g), IT IS ORDERED this matter is reversed and remanded for further administrative proceedings. On remand, the Administrative Law Judge will be directed to offer Plaintiff the opportunity for a hearing; ensure a significant number of jobs are available or exist in the national and/or regional economy that Plaintiff can still perform, given his age, education, work experience, and residual functional capacity; and ensure the vocational expert resolves any and all conflicts with the Dictionary of Occupational Titles (DOT), consistent with Social Security Ruling 00-4p.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 6th day of March 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 5:23-cv-00003-SLG, *Cottle v. O'Malley*
Order re Stipulated Motion for Remand
Page 2 of 2
Case 5:23-cv-00003-SLG   Document 15   Filed 03/06/24   Page 2 of 2